■ WILLIAM A. WODOWSKI, Appellant, v CONSOLIDATED RAIL

CORPORATION et al., Defendants, and DALE MARSHALL, Respondent. (Appeal No. 2.)—Judgment unanimously affirmed, with costs. Same memorandum as in *Wodowski v Consolidated Rail Corp.* ([Appeal No. 1], 120 AD2d 959). (Appeal from judgment of Supreme Court, Erie County, Kuszynski, J.—negligence.) Present—Doerr, J. P., Boomer, Green, Balio and Schnepp, JJ.